# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2364

_____

| | | |
|---|---|---|
| Walter Edward Helgoth, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Missouri. |
| Gene Stubblefield, Superintendent; | * | |
| George Hayes; Kay Crockett, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted:  December 6, 2002

Filed:  December 24, 2002

_____

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit
Judges.

_____

PER CURIAM.

Walter Edward Helgoth appeals the district court's[1] order granting defendants'
motion for summary judgment.  Having carefully reviewed the record, we conclude
summary judgment in favor of defendants was proper.  Even disregarding the
evidence that Mr. Helgoth challenges as hearsay, there is still no trialworthy issue as

_____

[1]The Honorable Carol E. Jackson, Chief Judge, United States District Court for
the Eastern District of Missouri.

to whether he suffered "actual injury" for purposes of his access-to courts claim. Accordingly, we affirm the district court's order granting summary judgment. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.